IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL E. PRYOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 08-2709 |

ORDER

ANITA B. BRODY, J.

AND NOW, this 13th day of January, 2009, upon consideration of the Defendant's Motion to Dismiss, and the Plaintiff's Response, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Defendant's Motion to Dismiss is GRANTED.

3. This matter is ordered DISMISSED WITH PREJUDICE as untimely.

BY THE COURT:

*/s/ Anita B. Brody*
ANITA B. BRODY, J.

Copies via ECF on ___ to: Copies via US Mail on ___ to: